FILED '05 NOV 07 09:44 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| RICHARD MINARD, | Civil No. 04-958-TC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,079.35, pursuant to 28 U.S.C. § 2412, shall be awarded to Plaintiff.

DATED this 7th day of Nov, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant